IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYLE W. LAWTON, | § | |
| | § | No. 428, 2014 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Sussex County, |
| STATE OF DELAWARE, | § | Cr. ID No. 1201014641 |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: November 25, 2014
Decided: December 1, 2014

## ORDER

This 1st day of December 2014, it appears to the Court that, on November 10, 2014, the Chief Deputy Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice